SPARTAN EQUIPMENT COMPANY, INC. v. TROITINO AND BROWN, INCORPORATED

No. 7926SC918

(Filed 15 April 1980)

**Appeal and Error § 24.1— exceptions not properly set forth—abandonment**
    Exceptions not preserved and set forth as required by the Rules of Appellate Procedure are deemed abandoned.

APPEAL by defendant from *Johnson, Judge.* Order filed 8 May 1979 in Superior Court, MECKLENBURG County. Heard in the Court of Appeals 26 March 1980.

*Grier, Parker, Poe, Thompson, Bernstein, Gage & Preston, by Gaston H. Gage and Christian R. Troy, for plaintiff appellee.*

*Snyder, Leonard, Biggers & Dodd, by Gary Dodd, for defendant appellant.*

HILL, Judge.

Appellant violated Rule 10(b) and (c) of the Rules of Appellate Procedure by failing to number its exceptions in the record and by failing to list the exceptions after the assignments of error identified by their number and by pages in the record at which they appear. It further violated Appellate Rule 28(b)(1) by failing to give a statement of questions presented for review in its brief. It likewise failed to present the pertinent assignments of error and exceptions after each argument in its brief as required by Appellate Rule 28(b)(3). For these reasons, the appeal is subject to dismissal.

Exceptions not preserved and set forth as required by the Rules are deemed abandoned. The Rules of Appellate Procedure are mandatory. *Craver v. Craver*, 298 N.C. 231, 258 S.E. 2d 357 (1979); *State v. Brown*, 42 N.C. App. 724, 257 S.E. 2d 668 (1979).

For the reasons stated above, the appeal is

Dismissed.

Judges MARTIN (Robert M.) and WEBB concur.